UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 96-CR-84-D

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1. THOMAS W. QUINTIN,

      Defendant.
_____

**MINUTE ORDER**
_____

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

      A Supervised Release Violation Hearing is set for **Friday, April 27, 2007, at 9:00 a.m.**

Dated:  February 7, 2007